

# United States District Court
# Western District of Washington

| **Gil Elie** | Case Number: |
|---|---|
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |

V.

**North Star Fishing Company, LLC;**
**Cape Horn Vessel, LLC; and**
**Glacier Fish Company, LLC.**

Defendant(s)

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, **Joshua B. Friedman** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**Plaintiff, Gil Elie**

The particular need for my appearance and participation is:

**My firm, Friedman & Houlding LLP, represents Plaintiff, Mr. Gil Elie, in connection with his claims.**

I, **Joshua B. Friedman** understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **October 29, 2021**   Signature of Applicant:  s/ **Joshua B. Friedman**

---

U.S. District Court – Pro Hac Vice Application   Page 3
Revised June 29, 2021

**Pro Hac Vice Attorney**

Applicant's Name: **Joshua B. Friedman**

Law Firm Name: **Friedman & Houlding LLP**

Street Address 1: **1050 Seven Oaks Lane**

Address Line 2:

City: **Mamaroneck** State: **NY** Zip: **10543**

Phone Number w/ Area Code **888-369-1119 Ex. 4** Bar # **2100758** State **NY**

Primary E-mail Address: **josh@friedmanhouldingllp.com**

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address: **joshuafriedmanesq@gmail.com**

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant **Joshua B. Friedman** is unable to be present upon any date assigned by the court.

Date: _____  Signature of Local Counsel: s/ _____

Local Counsel's Name: _____

Law Firm Name: **Shishido Taren PLLC**

Street Address 1: **705 Second Ave. Suite 1500**

Address Line 2:

City: **Seattle** State: **Wa.** Zip: **98104**

Phone Number w/ Area Code **(206) 486-2069** Bar # _____



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27,2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed **October 29, 2021** Signature s/ **Joshua B. Friedman**
*(Pro Hac Vice applicant name)*