HONORABLE S. KATE VAUGHAN

# IN THE UNITED STATES DISTRIC COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

**ELIE, GIL**,

   Plaintiff,

vs.

**NORTH STAR FISHING COMPANY, LLC.**, aka/and **CAPE HORN VESSEL, LLC.**, a Washington Limited Liability Company**;** and **GLACIER FISH COMPANY, LLC.**, a Washington Limited Liability Company,

   Defendants.

CASE NO. 2:21-cv-01474-SKV

**NOTICE OF ADDRESS CHANGE**

TO:       CLERK OF THE COURT

AND TO:   DEFENDANTS

    PLEASE TAKE NOTICE that the address of Plaintiff's Counsel has been changed and the address for Shishido Taren PLLC is 705, Second Avenue, Suite 1500, Seattle, Washington 98104, and the telephone number for the firm is 206-622-1604.

    DATED this 2nd day of November, 2021.

SHISHIDO TAREN PLLC

By: s/ *Jordan A. Taren*
Jordan A. Taren, WSBA No. 50066
Robin J. Shishido, WSBA No. 45926
705 Second Avenue, Suite 1500
Seattle, WA 98104
Telephone: (206) 622-1604
Email:    jtaren@shishidotaren.com
             rshishido@shishidotaren.com
*Attorneys for Plaintiff*

NOTICE OF ADDRESS CHANGE

Page 1

**SHISHIDO TAREN PLLC**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
(206) 622-1604