# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## WESTERN District of Washington

Case Number: 2:21-CV-01474-SKV

Plaintiff:
**ELIE, GIL**

vs.

Defendant:
**NORTH STAR FISHING COMPANY, LLC., AKA/ AND CAPE HORN VESSEL, LLC., A WASHINGTON LIMITED LIABILITY COMPANY, ET AL**

For:
FRIEDMAN & HOULDING L.P.
1050 SEVEN OAKS LANE
MAMARONECK, NY 10543

Received by Colter Norris on the 2nd day of November, 2021 at 9:49 am to be served on **NORTH STAR FISHING COMPANY, LLC, 2001 WEST GARFIELD ST, TERMINAL 91, BLDG A-1, C-107, SEATTLE, WA 98119**.

I, Colter Norris, do hereby affirm that on the **2nd day of November, 2021** at **4:00 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND; CIVIL COVER SHEET; APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE** with the date and hour of service endorsed thereon by me, to: **ERIK PETERSON** as **OPERATIONS MANAGER** for **NORTH STAR FISHING COMPANY, LLC**, at the address of: **2001 WEST GARFIELD ST, TERMINAL 91, BLDG A-1, C-107, SEATTLE, WA 98119**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: WHITE, Height: 5'11, Weight: 160, Hair: BROWN, Glasses: N

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.**

_____
**Colter Norris**
16-01, DATE SIGNED: 11-5-2021

**WASHINGTON LEGAL SERVERS, INC.**
ROVER LEGAL SUPPORT, INC
P.O. Box 61782
Vancouver, WA 98666
(360) 736-0808

Our Job Serial Number: WLS-2021001607

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1p