## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
WESTERN District of Washington

Case Number: 2:21-CV-01474-SKV

Plaintiff:
**ELIE, GIL**

vs.

Defendant:
**NORTH STAR FISHING COMPANY, LLC., AKA/ AND CAPE HORN VESSEL, LLC., A WASHINGTON LIMITED LIABILITY COMPANY, ET AL**

For:
FRIEDMAN & HOULDING L.P.
1050 SEVEN OAKS LANE
MAMARONECK, NY 10543

Received by WASHINGTON LEGAL SERVERS, INC. on the 2nd day of November, 2021 at 10:47 am to be served on **GLACIER FISH COMPANY, LLC C/O BS&G, INC, 111 3RD AVE STE 3000, SEATTLE, WA 98101**.

I, Colter Norris, do hereby affirm that on the **2nd day of November, 2021 at 2:56 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND; CIVIL COVER SHEET; APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE** with the date and hour of service endorsed thereon by me, to: **CATHY WELSH** as **ASSISTANT SECRETARY** for **GLACIER FISH COMPANY, LLC**, at the address of: **BS&G INC, 111 3RD AVE STE 3000, SEATTLE, WA 98101**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: WHITE, Height: 5'6, Weight: 180, Hair: BLONDE, Glasses: N

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.**

_____
**Colter Norris**
16-01, DATE SIGNED: 11-3-2021

**WASHINGTON LEGAL SERVERS, INC.**
**ROVER LEGAL SUPPORT, INC**
P.O. Box 61782
Vancouver, WA 98666
(360) 736-0808

Our Job Serial Number: WLS-2021001609