THE HONORABLE S. KATE VAUGHAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GIL ELIE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NORTH STAR FISHING COMPANY, LLC., aka/and CAPE HORN VESSEL, LLC., a Washington Limited Liability Company; and GLACIER FISH COMPANY, LLC., a Washington Limited Liability Company,<br><br>　　　　　　　　Defendants. | No. 2:21-cv-01474-SKV<br><br>**NOTICE OF APPEARANCE OF DEFENDANTS** |

TO:　　　　Clerk of the Court;

AND TO:　　All parties and all counsel of record.

Please take notice that Carey M.E. Gephart, Nathan J. Beard, and Peter J. Balzarini hereby enter an appearance in this matter on behalf of Defendants North Star Fishing Company, LLC, Cape Horn Vessel, LLC and Glacier Fish Company, LLC. All further papers and pleadings herein, except process, should be served upon the undersigned attorneys at the address indicated below. Electronic mail and/or facsimile service are not authorized unless

{29792-00758892;2}
NOTICE OF APPEARANCE OF DEFENDANTS
Case No. 2:21-cv-01474 SKV - Page 1

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

specifically negotiated with the undersigned counsel.  This notice does not waive the right to challenge any appearing defendant as a properly named or proper party to this litigation and further shall never be construed as a waiver of any type or form as respects any claim or defense in this litigation.

DATED this 23rd day of November, 2021.

*/s/ Carey M.E. Gephart*
*/s/ Nathan J. Beard*
*/s/ Peter J. Balzarini*
CAREY M.E. GEPHART, WSBA #37106
NATHAN J. BEARD, WSBA #45632
PETER J. BALZARINI, WSBA #52854
LEGROS BUCHANAN & PAUL
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:   206-623-4990
Facsimile:   206-467-4828
Email:        cgephart@legros.com
              nbeard@legros.com
              pbalzarini@legros.com
Attorneys for Defendants

{29792-00758892;2}
NOTICE OF APPEARANCE OF DEFENDANTS
Case No. 2:21-cv-01474 SKV - Page 2

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robin J. Shishido, Esq.
Jordan A. Taren, Esq.
Shishido Taren PLLC
705 Second Ave. Suite 1500
Seattle, WA 98104
Email:  rshishido@shishidotaren.com
            jtaren@shishidotaren.com
*Attorneys for Plaintiff*

Joshua Friedman, Esq.
Friedman & Houlding LLP
1050 Seven Oaks Lane
Mamaroneck, NY 10543
Email: josh@friedmanhoudingllp.com
*Attorney for Plaintiff (Pro Hac Vice)*

☐ Via U.S. Mail
☐ Via Email Transmission
☒ Via CM/ECF Electronic Filing/E-Service
☐ Via Hand Delivery

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*s/Ali McMahon*
Ali McMahon, Legal Assistant
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:  206-623-4990
Facsimile:  206-467-4828
amcmahon@legros.com

{29792-00758892;2}
NOTICE OF APPEARANCE OF DEFENDANTS
Case No. 2:21-cv-01474 SKV - Page 3

Le Gros Buchanan & Paul
4025 Delridge Way SW
Suite 500
Seattle, Washington 98106-1271
(206) 623-4990