THE HONORABLE S. KATE VAUGHAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GIL ELIE,<br><br>                              Plaintiff,<br><br>        v.<br><br>NORTH STAR FISHING COMPANY, LLC., aka/and CAPE HORN VESSEL, LLC., a Washington Limited Liability Company; and GLACIER FISH COMPANY, LLC., a Washington Limited Liability Company,<br><br>                              Defendants. | No. 2:21-cv-01474-SKV<br><br>**FRCP 7.1 NONGOVERNMENTAL CORPORATE DISCLOSURE STATEMENT** |

Defendants by and through their undersigned counsel of record, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, make the following disclosures:

The members of North Star Fishing Company, LLC are Tremont Holdings, LLC, Glacier Fish Company, LLC, Allen Family Fisheries, LLC, Michael Hyde, The St. Bartholomey Corporation, Amalgamated Henway, Inc., Otter Creek Company, Zita Corporation, and Paul Ison. The members of Glacier Fish Company, LLC are SIU Alaska

{29792-00756023;1}
FRCP 7.1 NONGOVERNMENTAL CORPORATE DISCLOSURE STATEMENT
Case No. 2:21-cv-01474 SKV - Page 1

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

1  Corporation, AS Atlantic USA Inc., Nippon Suisan (U.S.A.), Inc. and JCJ Pacific Fisheries,

2  LLC. Cape Horn Vessel, LLC is wholly owned by North Star Fishing Company, LLC.

3       No publicly held corporation or entity holds more than 10% of the stock or

4  membership interest in Cape Horn Vessel, LLC, North Star Fishing Company, LLC or

5  Glacier Fish Company, LLC.

6

7       DATED this 23rd day of November, 2021.

8
                                            */s/ Carey M.E. Gephart*

9                                            CAREY M.E. GEPHART, WSBA #37106
LEGROS BUCHANAN & PAUL

10                                            4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106

11                                          Telephone:   206-623-4990
Facsimile:    206-467-4828

12                                          Email:            cgephart@legros.com
Attorneys for Defendants

13

14

15

16

17

18

19

20

21

22

23

{29792-00756023;1}
FRCP 7.1 NONGOVERNMENTAL CORPORATE DISCLOSURE STATEMENT
Case No. 2:21-cv-01474 SKV - Page 2

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robin J. Shishido, Esq.
Jordan A. Taren, Esq.
Shishido Taren PLLC
705 Second Ave. Suite 1500
Seattle, WA 98104
Email:  rshishido@shishidotaren.com
           jtaren@shishidotaren.com
*Attorneys for Plaintiff*

Joshua Friedman, Esq.
Friedman & Houlding LLP
1050 Seven Oaks Lane
Mamaroneck, NY 10543
Email: josh@friedmanhouldingllp.com
*Attorney for Plaintiff (Pro Hac Vice)*

☐ Via U.S. Mail
☐ Via Email Transmission
☒ Via CM/ECF Electronic Filing/E-Service
☐ Via Hand Delivery

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*s/Ali McMahon*
Ali McMahon, Legal Assistant
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:  206-623-4990
Facsimile:  206-467-4828
amcmahon@legros.com

{29792-00756023;1}
FRCP 7.1 NONGOVERNMENTAL CORPORATE DISCLOSURE STATEMENT
Case No. 2:21-cv-01474 SKV - Page 3

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990