**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

December 9, 2021

To:  Counsel and pro se parties in Elie v. North Star Fishing Company LLC et al, 2:21–cv–01474–SKV
From:  Kadya Peter, Deputy Clerk

Re:  Assignment to United States Magistrate Judge; **Action required.**

This case has been assigned to United States Magistrate Judge S. Kate Vaughan for all purposes, including trial, final entry of judgment, and direct review by the Ninth Circuit Court of Appeals. *See* Amended General Order 02–19, 28 USC 636(c), Federal Rule of Civil Procedure 73, and Local Magistrate Judge Rule 13.

Consent to a Magistrate Judge is voluntary. Any party may decline consent by signing at the bottom and emailing this form to kadya_peter@wawd.uscourts.gov, or faxing it to 206–370–8425, or mailing to the above address. The form must be received by the court no later than **December 16, 2021.**   <u>Do not electronically file this form.</u>.

<u>**Each party will be deemed to have knowingly and voluntarily consented to proceed before the assigned Magistrate Judge, if this form is not returned by the above date**</u>.

If a party declines consent, the identity of the party declining consent will not be communicated to any judge.

☐ **I decline consent and request the case be assigned to a District Judge**

_____        _____        _____
Attorney/Party's Signature                    Party Represented                         Date Signed