The Honorable John C. Coughenour

IN THE UNITED STATES DISTRIC COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIE, GIL,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTH STAR FISHING COMPANY, LLC., aka/and CAPE HORN VESSEL, LLC., a Washington Limited Liability Company; and GLACIER FISH COMPANY, LLC., a Washington Limited Liability Company,<br><br>    Defendants. | CASE NO.<br>2:21−cv−01474−JCC−SKV<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

    Plaintiff Elie Gil and Defendants North Star Fishing Company, Cape Horn Vessel, and Glacier Fish Company (collectively, the "Parties"), by and through their undersigned counsel, hereby file this Joint Stipulation of Dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff dismisses his claims with prejudice, and each party shall be responsible for his or its own attorney's fees and expenses.

    Dated: March 31, 2022

    Respectfully Submitted,

JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE - 1

CASE NO. 2:21−cv−01474−JCC−SKV

FRIEDMAN & HOULDING LLP
1050 Seven Oaks Lane
Mamaroneck, New York 10543
888-369-1119 Ext. 4
josh@friedmanhoudinglp.com

| | |
|---|---|
| By:/s/ Jordan Taren<br>Jordan Taren<br>Robin J. Shishido<br>Shishido Taren PLLC<br>705 Second Ave. Suite 1500<br>Seattle, WA 98104<br>(206) 486-2069<br>rshishido@shishidotaren.com<br>jtaren@shishidotaren.com<br><br>*Plaintiff's Local Counsel*<br><br>By:/s/ Joshua Friedman<br>By:/s/ Jesse Centrella<br>Joshua Friedman<br>Jesse Centrella<br>Friedman & Houlding LLP<br>1050 Seven Oaks Lane<br>Mamaroneck, NY 10543<br>Tel (212) 308-4338 x 5<br>Fax (866) 731-5553<br>josh@friedmanhouldingllp.com<br>jesse@friedmanhouldingllp.com<br><br>*Plaintiff's Counsel*<br>(admitted *pro hac vice*) | By: /s/ Carey M.E. Gephart<br>Carey M.E. Gephart, Esq.<br>Nathan J. Beard, Esq.<br>Peter J. Balzarini, Esq.<br>Legros Buchanan & Paul, P.S.<br>4025 Delridge Way SW, Suite 500<br>Seattle, WA  98106-1271<br>206.623.4990<br>cgephart@legros.com<br>nbeard@legros.com<br>pbalzarini@legros.com<br><br>*Defendants' Counsel* |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 2

CASE NO. 2:21−cv−01474−JCC−SKV

FRIEDMAN & HOULDING LLP
1050 Seven Oaks Lane
Mamaroneck, New York 10543
888-369-1119 Ext. 4
josh@friedmanhouldingllp.com